**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

JAMES WEISENBURGER,

        Plaintiff,

v.                                         No. 2:11-cv-00102-MV-GBW

JENNIFER STUFFLEBEAN
LEONARD STUFFLEBEAN and
BOARD OF COMMISSIONERS OF SIERRA COUNTY,

        Defendants.

## UNOPPOSED MOTION FOR STIPULATED CONFIDENTIALITY ORDER

    Defendant, by and through counsel, Daniel J. Macke, hereby submits its Unopposed Motion for Stipulated Confidentiality Order. In support thereof, Defendant states as follows:

    1.    Plaintiff has made a discovery request for personnel and other files pertaining to Mr. Stufflebean's employment;

    2.    Defendant believes certain of the information requested is discoverable, but that Mr. Stufflebean has a corresponding interest in confidentiality of the materials;

    3.    The Parties have agreed to enter a stipulated confidentiality order which allows for the production of the requested materials, while protecting Mr. Stufflebean's interests;

    4.    A stipulated order is submitted contemporaneously herewith.

    WHEREFORE Defendant respectfully requests that the Motion be granted, and the Stipulated Confidentiality Order be entered.

1

          Respectfully submitted:

By:   /s/ Daniel J. Macke
      Daniel J. Macke
      500 Marquette NW, Suite 700
      Albuquerque, NM 87102
      (505) 242-2228
      (505) 242-1106 (facsimile)
      dan@roblesrael.com

Approved:

Electronically approved 11.8.11
Matthew L. Garcia
George Bach
300 Central SW, Suite 2000
Albuquerque, NM 87102
(505) 899-1030
(505) 899-1051 (facsimile)
matt@bachandgarcia.com

Electronically approved 11.9.11
Kevin M. Brown
Desiree Gurule
2901 Juan Tabo Blvd. NE, Ste. 208
Albuquerque NM 87112
(505) 292-9677
(505) 292-9680 (facsimile)
kevin@brownlawnm.com
desiree@brownlawnm.com

I HEREBY CERTIFY that on the 9th day of November, 2011, I filed the foregoing electronically through the CM/ECF system and a true and correct copy was mailed to:

Matthew L. Garcia
George Bach
Bach & Garcia
300 Central SW, Suite 2000
Albuquerque, NM 87102
Phone: 505-899-1030
Fax: 505-899-1051
Attorneys for Plaintiff James Weisenburger

Desiree Gurule
Kevin M. Brown
2901 Juan Tabo Blvd. NE, Ste. 208
Albuquerque NM 87112
Phone: 505-292-9677
Attorney for Defendant Leonard Stufflebean


/s/ Daniel J. Macke
Daniel J. Macke